IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| VERONICA CLEVELAND, on behalf of J.M.R., | * |
| | * |
| Plaintiff, | Case No.  3:23-CV-131-TES-AGH |
| v. | * |
| COMMISSIONER OF SOCIAL SECURITY, | * |
| Defendant. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated February 18, 2025, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 18th day of February, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk